(124 So. 125)
### Bill JOHNSON v. STATE. (7 Div. 609.)

Court of Appeals of Alabama. June 29, 1929.

Rehearing Denied Oct. 8, 1929.

Harvey A. Emerson, of Anniston, for appellant.

Charlie C. McCall, Atty. Gen., for the State.

BRICKEN, P. J. It is ascertained from the record that this cause is a companion case to that of Fred Sparks v. State (Ala. App.) 123 So. 292 (7th Div. 608).[1] The facts of these cases grew out of the same transaction, and the points of decision involved are identical. There appears no necessity, therefore, to write an opinion in this case other than to af-

firm the judgment of conviction from which this appeal was taken, upon authority of the Sparks Case, supra.

Affirmed.

